POLSINELLI v. STATE OF INDIANA.

[No. 24,693. Filed June 2, 1925. Rehearing denied October 14, 1925.]

INTOXICATING LIQUORS.—*Title of act covers offense of nuisance.*— The title of Acts 1917 p. 15, ch. 4, is sufficient to cover the prohibition of the maintenance of a common nuisance as contained in §20 thereof (*Alyea* v. *State*, 196 Ind. 364, approved).

From Cass Circuit Court; *Earl B. Stroup,* Special Judge.

Louis Polsinelli was convicted for maintaining a nuisance, and he appeals. *Affirmed.*

*Rabb, Mahoney & Fansler*, for appellant.

*U. S. Lesh*, Attorney-General and *Ethan A. Miles*, for the State.

PER CURIAM.—Appellant was charged, substantially in the language of §20, ch. 4, Acts 1917 p. 15, with the offense of maintaining a common nuisance, where intoxicating liquor was sold, etc. A motion to quash the affidavit was overruled, and the only question presented for decision is whether or not the facts stated in the indictment constituted a public offense, the only specific objection thereto suggested by counsel being the alleged insufficiency of the title of said act to embrace the provisions of §20. This question has been decided against appellant's contention. No error was committed in overruling the motion to quash. *Alyea* v. *State* (1925), *ante* 364, 147 N. E. 144.

The judgment is affirmed.